UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BRYAN SANDS,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Respondent. | No. 2:14-cv-2915-TLN-EFB P<br><br><br><br>ORDER |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has requested that the court appoint counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appoint counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing § 2254 Cases. The court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings and the request will be denied without prejudice.

On March 30, 2015, respondent filed a motion to dismiss on the grounds that all claims contained in the petition are unexhausted. Petitioner is reminded of his obligation to file an opposition or statement of non-opposition to the motion within thirty days of its filing. Failure to do so may result in this action being dismissed.

1  Accordingly, it hereby is ORDERED that petitioner's request for appointment of counsel
2  (ECF No. 13) is denied without prejudice.
3  Dated: April 15, 2015.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE